In the Matter of Supplementary Proceedings: BEVERWYCK BREWERIES, INC., Judgment Creditor, Respondent, *v.* HENRY ADELSBERG, Also Known as HENRY O. ADELSBERG, Judgment Debtor; THE NATIONAL SAFETY BANK & TRUST COMPANY OF NEW YORK, Third Party, Appellant.*

Supreme Court, Appellate Term, First Department, June 17, 1937.

*Katz & Spector* [*Frederick Katz* of counsel], for the appellant.
*Joseph Jay Goldsmith,* for the respondent.

* Revg. 160 Misc. 130.

PER CURIAM. We find no contempt in the action of the bank. It was entitled to the moneys which it appropriated to the payment of the note and the judgment creditor was in no way prejudiced by what it did.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

All concur. Present — LYDON, LEVY and FRANKENTHALER, JJ.